

RECEIVED
USDC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
8 / 4 / 15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AUNKEYLIUS CURRY                    DOCKET NO. 15-cv-1457; SEC. P

VERSUS                              JUDGE TRIMBLE

WARDEN                              MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation
of the Magistrate Judge previously filed herein, noting the
absence of objections thereto, and concurring with the Magistrate
Judge's findings under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C.
§2241 be dismissed without prejudice for failure to exhaust state
court remedies.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 3rd
day of ____August____, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE